IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HARI COHLY**                                                      **PLAINTIFF**

vs.                         **CIVIL ACTION No.: 3:22-CV-332-HTW-LGI**

**MISSISSIPPI INSTITUTIONS OF
HIGHER LEARNING, JACKSON
STATE UNIVERSITY, WILLIAM B.
BYNUM, JR., LINDA BROWN-WRIGHT,
WILBUR WALTERS, JR., RAMZI M.
KAFOURY, and RICHARD A. ALO**                     **DEFENDANTS**

---

### FINAL JUDGMENT

---

An Order of Dismissal having been entered in this matter, which Order is incorporated here by reference, this Court hereby enters its Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED AND ADJUGED that the above-styled and numbered cause is dismissed, with the parties to bear their own costs.

**SO ORDERED this the 27th day of March, 2023.**

                                      **/s/HENRY T. WINGATE**
                                      **UNITED STATES DISTRICT COURT JUDGE**