UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HARI COHLY                                                                                        PLAINTIFF

v.

Civil Action No. 3:22cv332-HTW-LGI

MISSISSIPPI INSTITUTIONS OF
HIGHER LEARNING, *et al.*                                                            DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that Hari Cohly, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order [ECF # 12] granting the defendants' motion to dismiss and Final Judgment [ECF # 13] entered in this action on March 27, 2023.

Dated: April 26, 2023.

Respectfully submitted,

HARI COHLY

By:   /s/ James M. Priest, Jr.            ,
         His Attorney

Of Counsel:

James M. Priest, Jr., MSB # 99352
Gill, Ladner & Priest, PLLC
344 Highway 51, Second Floor
Ridgeland, MS 39157
(601) 352-5700
jamie@glplawfirm.com

—2—

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to the following CM/ECF participants:

Pope S. Mallette  
pmallette@mayomallette.com  
J. Andrew Mauldin  
dmauldin@mayomalette.com  

                                              /s/ James M. Priest, Jr.